**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Troy TASHER, Defendant–Appellant.**

**No. 09–10451**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 23, 2009.

Matthew P. Farmer, Farmer & Fitzgerald, P.A., Tampa, FL, for Defendant–Appellant.

Michelle Thresher Taylor, Susan Hollis Rothstein–Youakim, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before BIRCH, HULL and PRYOR, Circuit Judges.

PER CURIAM:

Troy Tasher appeals the denial of his motion to reduce his sentence. 18 U.S.C. § 3582(c)(2). Tasher's motion was based on Amendment 706 to the Guidelines. We affirm.

The district court did not err by denying Tasher's motion. Tasher acknowledges that he is not eligible for a reduction of sentence as a career offender, *United States v. Moore,* 541 F.3d 1323, 1330 (11th Cir.2008), but he argues that he falls within an exception to *Moore* because he received a downward departure. The district court departed downward on the ground that Tasher's criminal history category overrepresented his criminal record, which had no effect on Tasher's offense level. Amendment 706 did not have the effect of lowering Tasher's sentencing range. *Moore,* 541 F.3d at 1327–28.

The denial of Tasher's motion for a reduced sentence is **AFFIRMED.**